IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER D. MYERS, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:21-cv-69-KAP |
| KANSKY DELISMA, | : |
|     Defendant | : |

<u>Memorandum Order</u>

Treating the plaintiff's motion at ECF no. 26 for extension of time to respond to defendant's motion for summary judgment as a motion to alter the judgment under Fed.R.Civ.P. 59, the motion is granted, the judgment for defendant Delisma is vacated, and plaintiff is given until July 22, 2022, to file a response to the motion for summary judgment. If defendant wishes to surreply, that shall be filed by August 14, 2022.

DATE: June 22, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Christopher D. Myers NF-8707
S.C.I. Benner
301 Institution Drive
Bellefonte, PA 16823

1