IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER D. MYERS, :
    Plaintiff :
  v. : Case No. 3:21-cv-69-KAP
KANSKY DELISMA, :
    Defendant :

### Judgment Order

Pursuant to Fed.R.Civ.P. 58, in accordance with the Memorandum Order filed today, judgment is entered in favor of defendant Delisma, and against plaintiff Myers.

The Clerk shall mark this matter closed.

DATE: August 9, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Christopher D. Myers NF-8707
S.C.I. Benner
301 Institution Drive
Bellefonte, PA 16823

1